IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BMO HARRIS BANK, N.A.**                                                                **PLAINTIFF**

v.                                    Case No. 1:18-cv-00042-KGB

**MID-ARK UTILITIES & RIG
SERVICES, INC.,** *et al.*                                                               **DEFENDANTS**

## DEFAULT JUDGMENT

Pursuant to the Order entered in this matter on October 30, 2019, it is considered, ordered, and adjudged that judgment is entered against defendant Mid-Ark Utilities & Rig Services, Inc. ("Mid-Ark") in the amount of $155,456.71, consisting of the principal amount of $118,950.79; accrued and unpaid interest in the amount of $3,988.07 for the period April 9, 2018, to June 19, 2018, based on interest that accrued on the principal amount at the rate of $56.17 per day; accrued and unpaid interest in the amount of $27,635.64, for the period June 20, 2018, to October 30, 2019, based on interest that accrued on the principal amount at the same rate; $3,382.21 in late charges; and $1,500.00 in legal expenses (Dkt. No. 31). Pursuant to 28 U.S.C. § 1961, Mid-Ark is ordered to pay post judgment interest at a rate of 2.58% per year until judgment is paid in full.

So ordered this 5th day of February, 2020.

_____
Kristine G. Baker
United States District Judge