**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**BMO HARRIS BANK, N.A.**                                                      **PLAINTIFF**

v.                                 **Case No. 1:18-cv-00042-KGB**

**MID-ARK UTILITIES & RIG
SERVICES, INC.,** *et al.*                                                      **DEFENDANTS**

## FINAL JUDGMENT

By prior Order, this Court entered default judgment in favor of plaintiff BMO Harris Bank, N.A. ("BHB"), and against defendant Mid-Ark Utilities & Rig Services, Inc. ("Mid-Ark") in the amount of $155,456.71, consisting of the principal amount of $118,950.79; accrued and unpaid interest in the amount of $3,988.07 for the period April 9, 2018, to June 19, 2018, based on interest that accrued on the principal amount at the rate of $56.17 per day; accrued and unpaid interest in the amount of $27,635.64, for the period June 20, 2018, to October 30, 2019, based on interest that accrued on the principal amount at the same rate; $3,382.21 in late charges; and $1,500.00 in legal expenses (Dkt. No. 35). Pursuant to 28 U.S.C. § 1961, the Court ordered Mid-Ark to pay post judgment interest at a rate of 2.58% per year until judgment is paid in full (*Id.*).

By prior Order, this Court entered summary judgment in favor of plaintiff BHB and against separate defendant Lonnie Graham (Dkt. No. 29). In that Order, the Court adopted the following findings of fact as set forth in BHB's statement of undisputed material facts attached to its motion for summary judgment against Mr. Graham (Dkt. No. 27-4). Mid-Ark entered into a Loan and Security Agreement (the "Agreement") with BHB in the total amount of $312,207.00 for the purchase of certain Equipment (the "Equipment") (*Id.*, ¶ 1). Pursuant to the Agreement, Mid-Ark agreed to make monthly payments for the purchase of the Equipment beginning on or about March 1, 2016, for a term of 60 months (*Id.*, ¶ 2). Pursuant to the Agreement, Mid-Ark was obligated to

pay a minimum monthly payment of $5,203.45 (*Id*., ¶ 4). Pursuant to paragraph 5.1 of the Agreement, Mid-Ark would be in default if the "Debtor" failed to pay when due any amount owed by the "Debtor" to BHB under the Agreement (*Id.*, ¶ 5). Further, pursuant to paragraph 5.2 of the Agreement, upon default, BHB may "declare the indebtedness hereunder to be immediately due and payable." (*Id*., ¶ 6). The Agreement was signed by Mike Penney in his capacity as President of Mid-Ark (Dkt. No. 27-2, at 10).

On or about December 29, 2015, Mr. Graham executed a Continuing Guaranty (the "Graham Guaranty") (Dkt. No. 27-4, ¶ 7). Pursuant to the Graham Guaranty, Mr. Graham agreed to the prompt payment and performance of all obligations, liabilities, and undertakings of Mid-Ark to BHB (*Id*., ¶ 8). Mr. Graham entered into a valid written contract with BHB to induce BHB to extend credit to Mid-Ark, whereby he personally guaranteed Mid-Ark's prompt payment of all amounts owed to BHB, including all of Mid-Ark's then-existing and future obligations, debts, and liabilities to BHB (*Id.*, ¶ 9). By executing the Graham Guaranty, Mr. Graham guaranteed the repayment of all amounts due under the Agreement and expressly agreed, and is obligated, to pay BHB's reasonable attorney fees and cost of any action instituted upon Mid-Ark's default (*Id*., ¶ 10). The Guaranty states that it "is an absolute and unconditional guarantee of payment and not of collectability" (Dkt. No. 27-2, at 13).

On or about December 1, 2017, Mid-Ark defaulted under the terms of the Agreement by failing to make the minimum monthly payment (Dkt. No. 27-4, ¶ 14). Mr. Graham defaulted on his contractual obligations by failing to pay said amount upon Mid-Ark's default (*Id*., ¶ 15). All the Equipment was surrendered to BHB and then sold in a commercially reasonable manner (*Id*., ¶ 16). The amounts set forth in this Order, and in the Default Judgment entered against Mid-Ark,

recite the damages incurred by BHB for which Mid-Ark, and in turn Mr. Graham as guarantor, are liable.

As a result, the Court enters final judgment as to defendant Mid-Ark as the defaulting debtor and Mr. Graham as the defaulting guarantor in the following amounts:

(1) the amount of $155,456.71, consisting of:

    (a) the principal amount of $118,950.79;

    (b) accrued and unpaid interest in the amount of $3,988.07 for the period April 9, 2018, to June 19, 2018, based on interest that accrued on the principal amount at the rate of $56.17 per day;

    (c) accrued and unpaid interest in the amount of $27,635.64, for the period June 20, 2018, to October 30, 2019, based on interest that accrued on the principal amount at the same rate;

    (d) $3,382.21 in late charges; and

    (e) $1,500.00 in legal expenses (Dkt. No. 35).

(2) pursuant to 28 U.S.C. § 1961, the Court orders post judgment interest at a rate of 2.58% per year until judgment is paid in full.

So ordered this 7th day of February, 2020.

*[signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge